JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUAN FERNANDO SANCHEZ GOMEZ,** **Petitioner,** v. **MARKWAYNE MULLIN, et al.,** **Respondents.** | **NO. 5:26-cv-04742-KS** **JUDGMENT** |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED IN PART** as set forth in the Court's accompanying Order.

DATED: November 23, 2026

KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE